# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Iowaska Church of Healing

v.

Daniel I. Werfel, et al.

**Case No:** 23-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD)  ● Gov't counsel for the ◯ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Daniel I. Werfel as Commissioner, IRS

United States of America

### Counsel Information

**Lead Counsel:** Kathleen E. Lyon

**Direct Phone:** (202) 307-6370  **Fax:** (202) 514-8456  **Email:** kathleen.e.lyon@usdoj.gov

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** U.S. Department of Justice, Tax Division, Appellate Section

**Firm Address:** Post Office Box 502, Washington, D.C. 20044

**Firm Phone:** (202) 514-3361  **Fax:** (202) 514-8456  **Email:** appellate.taxcivil@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)