## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

IOWASKA CHURCH OF HEALING,    )
      )
      Plaintiff-Appellant,    )
      )
      v.      )
      )  23-5122
DANIEL I. WERFEL, in his Official Capacity )
ss Commissioner, Internal Revenue Service, )
UNITED STATES OF AMERICA,    )
      )
      Defendants-Appellees    )
      )

## CERTIFICATE AS TO PARTIES, RULINGS,
## AND RELATED CASES

**A.    Parties and Amici.**  The plaintiff-appellant is Iowaska Church of Healing.  The defendants-appellees are Daniel I. Werfel, in his official capacity as the Commissioner of Internal Revenue, and the United States.  There were no intervenors or amici appearing in the District Court, nor are there any intervenors on appeal.

**B.    Rulings under Review.**  The ruling under review is the order and decision of the United States District Court for the District of Columbia by Judge Beryl A. Howell entered on March 31, 2023.  The

order is unpublished.  The opinion underlying the order also is unpublished, but is available at 2023 WL 2733774 (2023).

    **C.**    **Related Cases.**  This case was not previously before this Court or any other appellate court.  Counsel for the Commissioner is not aware any related case.

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.  The appellant will be served by the CM/ECF system.

/s/  Kathleen E. Lyon
Kathleen E. Lyon
*Attorney*