# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Iowaska Church of Healing

v.

Daniel Werfel, et al.

**Case No:** 23-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◉ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel for the ◉ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Iowaska Church of Healing

### Counsel Information

Lead Counsel: Simon A. Steel
Direct Phone: (202) 496-7077  Fax: (202) 496-7756  Email: simon.steel@dentons.com

2nd Counsel: William A. Boatwright
Direct Phone: (515) 288-2500  Fax: (515) 243-0654  Email: bill.boatwright@dentons.com

3rd Counsel:
Direct Phone: (___) _____  Fax: (___) _____  Email:
Firm Name:
Firm Address:
Firm Phone: (___) _____  Fax: (___) _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)