# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 23-5122
2. DATE DOCKETED: 5/31/2023
3. CASE NAME (lead parties only): Iowaska Church of Healing v. Daniel Werfel
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 21-cv-02475-BAH   Bankruptcy Court Docket No.   Tax Court Docket No.
      Criminal                      Bankruptcy                    Tax
      Miscellaneous                 Adversary
                                    Ancillary
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Beryl A. Howell          Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 3/31/2023   e. Date notice of appeal filed: 5/26/2023
   f. Has any other notice of appeal been filed in this case? ☐ Yes ⦿ No   If YES, date filed:
   g. Are any motions currently pending in trial court? ☐ Yes ⦿ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☐ Yes ⦿ No
      If NO, why not?  No transcript; all proceedings on paper
   i. Has this case been before the Court under another appeal number? ☐ Yes  Appeal #  ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ⦿ No  If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ⦿ Yes ☐ No
      If YES, give popular name and citation of statute Tax Code, 26 USC 501(c)(3); RFRA, 42 USC 2000bb-1
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ⦿ No   If so, provide program name and participation dates

Signature /s/ Simon A. Steel                    Date 7/3/2023
Name of Party Iowaska Church of Healing
Name of Counsel for Appellant/Petitioner Simon A. Steel
Address Dentons US LLP, 1900 K Street NW, Ste. 100, Washington DC 20006
Phone ( 202 ) 496-7077    Fax ( 202 ) 496-7756

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

**CERTIFICATE OF SERVICE**

In accordance with Rule 25(d) of the Federal Rules of Appellate Procedure and Circuit Rule 25, I hereby certify that the foregoing documents were served electronically through the Court's system on all registered counsel.

Dated at Washington, D.C. this 3rd day of July, 2023.

/s/ *Simon A. Steel*
Simon A. Steel
Attorney
Dentons US LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7077
simon.steel@dentons.com