UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Iowaska Church of Healing | ) | |
| | ) | |
| Appellant, | ) | Case No. 23-5122 |
| | ) | |
| v. | ) | |
| | ) | |
| Daniel I. Werfel, Commissioner, Internal Revenue Service, and | ) ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Appellees. | ) | |

**CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES**

Pursuant to the Clerk's order dated June 1, 2023, and this Court's Rules 12(c), 26.1, and 28(a)(1), Appellant certifies as follows:

**(A)   PARTIES**

The sole appellant is Iowaska Church of Healing.  Pursuant to Rule 26.1, Iowaska Church of Healing states that Iowaska Church of Healing is an Iowa non-profit corporation organized as a religious corporation under Iowa Code § 504.141(38).  Iowaska Church of Healing has no parent company and no publicly-held company has a 10% or greater ownership interest in Iowaska Church of Healing.

The sole appellees are Daniel I. Werfel, Commissioner, Internal Revenue Service, and the United States of America.

As of today's date there are no intervenors and no amici curiae.

**(B)  RULINGS UNDER REVIEW**

The sole ruling under review is: *Iowaska Church of Healing v. Charles P. Rettig, Commissioner, Internal Revenue Service, and United States of America*, Case No. 21-cv-02475-BAH, Opinion and Order dated March 31, 2023 (D.D.C., Judge Beryl A. Howell).

**(c)  RELATED CASES**

Appellant is not aware of any related cases.

Dated: July 3, 2023

Respectfully submitted,

*/s/ Simon A. Steel*

William A. Boatwright[1]
Dentons Davis Brown PC
215 10th Street, Ste. 1300
Des Moines, IA 50309
(515) 288-2500
bill.boatwright@dentons.com

Simon A. Steel[2]
Dentons US LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7077
simon.steel@dentons.com

*Counsel for Iowaska Church of Healing*

---

[1] Member of Illinois and Iowa Bars; application for admission to DC Circuit Bar pending.
[2] Member of DC Circuit and NY Bars; not admitted in DC.

**CERTIFICATE OF SERVICE**

In accordance with Rule 25(d) of the Federal Rules of Appellate Procedure and Circuit Rule 25, I hereby certify that the foregoing documents were served electronically through the Court's system on all registered counsel.

Dated at Washington, D.C. this 3rd day of July, 2023.

/s/ *Simon A. Steel*
Simon A. Steel
Attorney
Dentons US LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7077
simon.steel@dentons.com