UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Iowaska Church of Healing ) | |
| ) | |
| Appellant, ) | Case No. 23-5122 |
| ) | |
| v. ) | |
| ) | |
| Daniel I. Werfel, Commissioner, Internal ) | |
| Revenue Service, and ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Appellees. ) | |

**DEFERRED APPENDIX STATEMENT**

Pursuant to the Clerk's order dated June 1, 2023, and Fed. R. App. Proc. and Local Rule 30(c), Appellant states that it has consulted with counsel of record for all other parties in this case and all parties have agreed to use the deferred appendix option pursuant to Fed. R. App. Proc. 30(c).

Dated: July 3, 2023                                              Respectfully submitted,

                                                                 */s/ Simon A. Steel*
William A. Boatwright[1]                                         Simon A. Steel[2]
Dentons Davis Brown PC                                           Dentons US LLP
215 10th Street, Ste. 1300                                       1900 K Street, NW
Des Moines, IA 50309                                             Washington, DC 20006
(515) 288-2500                                                   (202) 496-7077
bill.boatwright@dentons.com                                      simon.steel@dentons.com

*Counsel for Iowaska Church of Healing*

---

[1] Member of Illinois and Iowa Bars; application for admission to DC Circuit Bar pending.
[2] Member of DC Circuit and NY Bars; not admitted in DC.

**CERTIFICATE OF SERVICE**

In accordance with Rule 25(d) of the Federal Rules of Appellate Procedure and Circuit Rule 25, I hereby certify that the foregoing documents were served electronically through the Court's system on all registered counsel.

Dated at Washington, D.C. this 3rd day of July, 2023.

/s/ *Simon A. Steel*
Simon A. Steel
Attorney
Dentons US LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7077
simon.steel@dentons.com