# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Iowaska Church of Healing

v.

Daniel I. Werfel, Commissioner, Internal Revenue Service, et al.

**Case No:** 23-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ● Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Iowaska Church of Healing

Daniel I. Werfel, Commissioner, Internal Revenue Service

United States of America

### Counsel Information

**Lead Counsel:** Simon A. Steel

**Direct Phone:** ( 202 ) 496-7077    **Fax:** ( 202 ) 496-7756    **Email:** simon.steel@dentons.com

**2nd Counsel:** William A. Boatwright

**Direct Phone:** ( 515 ) 246-7804    **Fax:** ( 515 ) 243-0654    **Email:** bill.boatwright@dentons.com

**3rd Counsel:**

**Direct Phone:** (    )    **Fax:** (    )    **Email:**

**Firm Name:** Dentons Davis Brown PC

**Firm Address:** 215 10th Street, Ste. 1300, Des Moines, IA  50309

**Firm Phone:** ( 515 ) 288-2500    **Fax:** ( 515 ) 243-0654    **Email:** bill.boatwright@dentons.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)