# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Iowaska Church of Healing

Daniel I. Werfel, Comissioner, Internal Revenue Service, and United States of America

**Case No:** 23-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☒ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel

for the ☒ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Iowaska Church of Healing

### Counsel Information

**Lead Counsel:** Simon A. Steel

Direct Phone: (202) 496-7077  Fax: (202) 496-7756  Email: simon.steel@dentons.com

**2nd Counsel:** William A. Boatwright

Direct Phone: (515) 246-7804  Fax: (515) 243-0654  Email: bill.boatwright@dentons.com

**3rd Counsel:**

Direct Phone: (   )    Fax: (   )    Email:

**Firm Name:** Dentons Davis Brown PC

**Firm Address:** 215 10th Street, Ste. 1300, Des Moines, IA 50309

**Firm Phone:** (515) 288-2500  Fax: (515) 243-0654  Email: bill.boatwright@dentons.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)