UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Iowaska Church of Healing | ) | |
| | ) | |
|     Appellant, | ) | Case No. 23-5122 |
| | ) | |
|     v. | ) | |
| | ) | |
| Daniel I. Werfel, Commissioner, Internal Revenue Service, and | ) ) ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
|     Appellees. | ) | |

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE BY 30 DAYS**

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27, Appellant respectfully moves for an extension to the briefing schedule, to allow an additional 30 days for Appellant's opening brief (with corresponding changes to subsequent briefing deadlines). Pursuant to Circuit Rule 27(h)(2), Appellant's counsel has consulted with counsel for Appellees (the Government), and is authorized to state that Appellees do not oppose this motion.

Under the Clerk's Order issued on this case, Appellant's opening brief is currently due on September 9, 2023; Appellee's brief is currently due on October 10, 2023; Appellant's reply brief is currently due on October 30, 2023; the deferred appendix is currently due November 6, 2023; and final briefs are currently due on

November 20, 2023. Appellant hereby requests a 30-day extension that would change those dates to, respectively, October 9, 2023; November 8, 2023;[1] November 28, 2023; December 4, 2023; and December 18, 2023.

Appellant's counsel needs the additional 30 days for several reasons. First, this is a complex case, involving a lengthy opinion below, a substantial record and issues not controlled by clear Circuit precedent concerning the interaction of tax laws, controlled substances law, and the Religious Freedom Restoration Act, and Appellant's lead counsel is new to this case on appeal. Second, Appellant's counsel is investigating the possibility of a resolution involving the Drug Enforcement Administration. Third, Appellant's lead counsel, who is acting pro bono in this matter, is currently on an unplanned trip to South Africa, visiting and caring for an ailing close family relative.

The requested 30-day extension will not prejudice the Court or the Government, which has consented to it. Pending the resolution of this appeal, the Government's decision denying relief to the Appellant stands and is in full effect. The additional time may also afford time to attempt to pursue an out-of-court resolution.

---

[1] Appellant's counsel greatly appreciates the courtesy of Appellee's counsel in agreeing to the current motion, and will reciprocate by not opposing a reasonable extension for Appellee's counsel if one should be requested in due course.

2

Accordingly, Appellant moves for a 30-day extension of the briefing schedule. Appellant respectfully suggests that this unopposed procedural motion may appropriately be granted by the Clerk. *See* Circuit Rule 27(e)(1), (h).

Dated:    August 29, 2023

William A. Boatwright
Dentons Davis Brown PC
215 10th Street, Ste. 1300
Des Moines, IA 50309
(515) 288-2500
bill.boatwright@dentons.com

Respectfully submitted,

*/s/ Simon A. Steel*
Simon A. Steel[2]
Dentons US LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7077
simon.steel@dentons.com

*Counsel for Appellant Iowaska Church of Healing*

---

[2] Member of DC Circuit and NY Bars; not admitted in DC.

# CERTIFICATE OF COMPLIANCE

In accordance with Rule 32(g)(1) of the Federal Rules of Appellate Procedure and Circuit Rule 25, I hereby certify that the foregoing motion complies with the formatting requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6), because it is set in plain 14-point Times New Roman font, and it complies with the word limit requirement of Federal Rule of Appellate Procedure 27(d)(2)(a) because it contains 380 words.

Dated at Washington, D.C. this 29th day of August, 2023.

/s/ *Simon A. Steel*
Simon A. Steel
Attorney
Dentons US LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7077
simon.steel@dentons.com

## CERTIFICATE OF SERVICE

In accordance with Rule 25(d) of the Federal Rules of Appellate Procedure and Circuit Rule 25, I hereby certify that the foregoing documents were served electronically through the Court's system on all registered counsel.

Dated at Washington, D.C. this 29th day of August, 2023.

/s/ *Simon A. Steel*
Simon A. Steel
Attorney
Dentons US LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7077
simon.steel@dentons.com
