# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 23-5122                                            September Term, 2022

1:21-cv-02475-BAH

Filed On: August 30, 2023 [2014769]

Iowaska Church of Healing,

        Appellant

    v.

Daniel I. Werfel, in his Official Capacity as
Commissioner, Internal Revenue Service
and United States of America,

        Appellees

**O R D E R**

Upon consideration of appellant's unopposed motion to extend the briefing schedule by 30 days, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | October 10, 2023 |
| Appellees' Brief | November 8, 2023 |
| Appellant's Reply Brief | November 28, 2023 |
| Deferred Appendix | December 4, 2023 |
| Final Briefs | December 18, 2023 |

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk