ORAL ARGUMENT NOT YET SCHEDULED
No. 23-5122

# In the United States Court of Appeals for the District of Columbia Circuit

IOWASKA CHURCH OF HEALING,

                            Plaintiff-Appellant

v.

DANIEL I. WERFEL, IN HIS OFFICIAL CAPACITY AS COMMISSIONER, INTERNAL REVENUE SERVICE; UNITED STATES OF AMERICA,

                            Defendants-Appellees

On Appeal from the United States District Court, District of Columbia,
No. 1:21-cv-02475, Hon. Beryl A. Howell, Judge Presiding

**NOTICE OF INTENT OF THE CHACRUNA INSTITUTE FOR PSYCHEDELIC PLANT MEDICINES AND SACRED PLANT ALLIANCE TO PARTICIPATE AS AMICI CURIAE IN SUPPORT OF APPELLANT**

YETTER COLEMAN LLP
Matthew C. Zorn
mzorn@yettercoleman.com
David J. Gutierrez
dgutierrez@yettercoleman.com
811 Main Street, Suite 4100
Houston, Texas 77002
713-632-8000

Attorneys for Amicus Curiae
Chacruna Institute for Psychedelic Plant Medicines

EPIGRAM LEGAL P.C.
Rebecca Lee Whiting
rebecca@epigram.legal
548 Market Street, Suite 46925
San Francisco, CA 94104
415-335-6850

HOOTS LAW PRACTICE PLLC
Allison Hoots
allison@hootslawpractice.com
P.O. Box 565
Accord, NY 12404
301-452-2213

Attorneys for Amicus Curiae Sacred Plant Alliance

Pursuant to Circuit Rule 29(b) of the United States Court of Appeals for the District of Columbia Circuit, The Chacruna Institute for Psychedelic Plant Medicines and Sacred Plant Alliance respectfully notify this Court of their intent to file a brief as amici curiae in support of Petitioners.

Counsel certifies that all parties have consented to The Chacruna Institute for Psychedelic Plant Medicines and Sacred Plant Alliance's filing of this amicus brief.

### Rule 26.1 Disclosure Statement

Pursuant to Federal Rule of Appellate Procedure 26.1, amici curiae state as follows:

The Chacruna Institute for Psychedelic Plant Medicines ("Chacruna") is a registered 501(c)(3) California nonprofit corporation. Chacruna has no parent corporation and issues no stock. No publicly-held company has 10% or greater ownership in Chacruna.

Sacred Plant Alliance ("SPA") is an interfaith association of churches operating as a California religious nonprofit corporation. SPA has no parent corporation and issues no stock. No publicly-held company has 10% or greater ownership in SPA.

Dated:  October 17, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/Matthew C. Zorn
　　　　　　　　　　　　　　　　　Matthew C. Zorn
　　　　　　　　　　　　　　　　　David J. Gutierrez
　　　　　　　　　　　　　　　　　YETTER COLEMAN LLP
　　　　　　　　　　　　　　　　　811 Main Street, Suite 4100
　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　(713) 632-8000

　　　　　　　　　　　　　　　　　Rebecca Lee Whiting
　　　　　　　　　　　　　　　　　EPIGRAM LEGAL P.C.
　　　　　　　　　　　　　　　　　548 Market Street, Suite 46925
　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　(310) 991-1871

　　　　　　　　　　　　　　　　　Allison M. Hoots
　　　　　　　　　　　　　　　　　HOOTS LAW PRACTICE PLLC
　　　　　　　　　　　　　　　　　P.O. Box 565
　　　　　　　　　　　　　　　　　Accord, NY 12404
　　　　　　　　　　　　　　　　　(301) 452-2213
　　　　　　　　　　　　　　　　　*Attorneys for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed with the Court via the court's electronic filing system, on the 17th day of October, 2023, and an electronic copy of this document was served on all counsel of record, as listed below, via the court's electronic filing system on the same date:

> Simon Arthur Steel
> William A. Boatwright
> Dentons US LLP
> 1900 K Street, NW
> Washington, DC 20006
> simon.steel@dentons.com
> bill.boatwright@dentons.com
>
> *Counsel for Appellant*
> *Iowaska Church of Healing*
>
>
> Kathleen E. Lyon
> U.S. Department of Justice
> Tax Division, Appellate Section
> P.O. Box 502
> Ben Franklin Station
> Washington, DC 20044
> Kathleen.E.Lyon@usdoj.gov
>
> *Counsel for Appellees*
> *Daniel I. Werfel, in his Official*
> *Capacity as Commissioner,*
> *Internal Revenue Service and*
> *United States of America*

/s/Matthew C. Zorn
Matthew C. Zorn