# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5122**  September Term, 2023

1:21-cv-02475-BAH

Filed On: November 2, 2023 [2025111]

Iowaska Church of Healing,

    Appellant

    v.

Daniel I. Werfel, in his Official Capacity as Commissioner, Internal Revenue Service and United States of America,

    Appellees

**O R D E R**

Upon consideration of appellees' unopposed motion for a 30-day extension of time to file their brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | December 8, 2023 |
| Appellant's Reply Brief | December 29, 2023 |
| Deferred Appendix | January 5, 2024 |
| Final Briefs | January 19, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk