# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Iowaska Church of Healing

v.

Daniel I. Werfel, et al.

**Case No:** 23-5122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Daniel I. Werfel as Commissioner, IRS

United States of America

### Counsel Information

Lead Counsel: Kathleen E. Lyon

Direct Phone: (202) 307-6370  Fax: (202) 514-8456  Email: kathleen.e.lyon@usdoj.gov

2nd Counsel: Jacob Earl Christensen

Direct Phone: (202) 307-0878  Fax: (202) 514-8456  Email: jacob.e.christensen@usdoj.gov

3rd Counsel:

Direct Phone: (   )    -     Fax: (   )    -     Email:

Firm Name: U.S. Department of Justice, Tax Division, Appellate Section

Firm Address: Post Office Box 502, Washington, D.C. 20044

Firm Phone: (202) 514-3361  Fax: (202) 514-8456  Email: appellate.taxcivil@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)