# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5122**                                                  **September Term, 2023**

1:21-cv-02475-BAH

**Filed On: January 23, 2024** [2037095]

Iowaska Church of Healing,

        Appellant

    v.

Daniel I. Werfel, in his Official Capacity as
Commissioner, Internal Revenue Service
and United States of America,

        Appellees

## O R D E R

Upon consideration of appellant's unopposed motion for leave to file a corrected joint appendix and the lodged corrected joint appendix; and appellant's unopposed motion for an extension of time for all the parties to file their final briefs, it is

**ORDERED** that the motion for leave to file be granted. The Clerk is directed to file the lodged corrected joint appendix. It is

**FURTHER ORDERED** that the motion for extension of time be granted. The final briefs are now due January 26, 2024.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                   BY:   /s/
                                              Michael C. McGrail
                                              Deputy Clerk