# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-5122**                     **September Term, 2023**

**1:21-cv-02475-BAH**

**Filed On: February 26, 2024** [2042380]

Iowaska Church of Healing,

      Appellant

    v.

Daniel I. Werfel, in his Official Capacity as
Commissioner, Internal Revenue Service
and United States of America,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 11, 2024, at 9:30 A.M.:

|              |   |            |
|--------------|---|------------|
| Appellant    | - | 10 Minutes |
| Appellees    | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson and Wilkins, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 28, 2024.

**Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:   /s/
             Michael C. McGrail
             Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)