# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5122**　　　　　　　　　　　　**September Term, 2023**

**1:21-cv-02475-BAH**

**Filed On:** July 17, 2024

Iowaska Church of Healing,

    Appellant

    v.

Daniel I. Werfel, in his Official Capacity as Commissioner, Internal Revenue Service and United States of America,

    Appellees

## O R D E R

    Upon consideration of the appellees' bill of costs, it is

    **ORDERED** that appellees' request for costs be granted. Costs are awarded to the appellees in the amount of $45.36 and taxed against appellant.

    Costs are payable directly between the parties. Payment should not be submitted to the Clerk.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Daniel J. Reidy
Deputy Clerk