# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-5122            September Term, 2023

1:21-cv-02475-BAH

**Filed On:** August 27, 2024

Iowaska Church of Healing,

      Appellant

      v.

Daniel I. Werfel, in his Official Capacity as Commissioner, Internal Revenue Service and United States of America,

      Appellees

## O R D E R

Upon consideration of the appellant's petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellees file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the en banc court, a reply to the response will not be accepted for filing.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                        BY:    /s/
                                  Daniel J. Reidy
                                  Deputy Clerk