# United States Court of Appeals
## For The District of Columbia Circuit

---

No. 23-5122                          September Term, 2024

1:21-cv-02475-BAH

**Filed On:** September 13, 2024

Iowaska Church of Healing,

        Appellant

    v.

Daniel I. Werfel, in his Official Capacity as
Commissioner, Internal Revenue Service and
United States of America,

        Appellees

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of appellees' unopposed motion for a 30-day extension of time to respond to the petition for rehearing en banc, it is

**ORDERED** that the motion be granted. Any response is now due by October 11, 2024.

### Per Curiam

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                              BY:      /s/
                                               Daniel J. Reidy
                                               Deputy Clerk