# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-5122** | **September Term, 2024** |
| | 1:21-cv-02475-BAH |
| | **Filed On:** November 13, 2024 |

Iowaska Church of Healing,

      Appellant

    v.

Daniel I. Werfel, in his Official Capacity as
Commissioner, Internal Revenue Service and
United States of America,

      Appellees

      **BEFORE:**   Henderson and Wilkins, Circuit Judges; and Edwards, Senior Circuit Judge

### O R D E R

Upon consideration of appellant's petition for panel rehearing filed on August 5, 2024, it is

**ORDERED** that the petition be denied.

### Per Curiam

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

BY:   /s/
        Daniel J. Reidy
        Deputy Clerk