# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5122** | **September Term, 2024** |
| | **1:21-cv-02475-BAH** |
| | **Filed On:** November 13, 2024 |

Iowaska Church of Healing,

    Appellant

    v.

Daniel I. Werfel, in his Official Capacity as Commissioner, Internal Revenue Service and United States of America,

    Appellees

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                  Daniel J. Reidy
                  Deputy Clerk